Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

DOUG DUNHAM THOMPSON & MARY DYANNE THOMPSON

CASE NO. 13-10141-RLJ-13

| | |
|---|---|
| AKA1: DOUGLAS DUNHAM THOMPSON | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 8330 | SS#2: xxx-xx- 4186 |

## REPORT OF 341 MEETING

**I. 341 MEETING REPORT:**

A. Orig. Date: <u>7/10/2013</u>   Orig. Time: <u>1:00 PM</u>        Reset Date:              Reset Time:

B. Meeting Results:      <u>Adjourned</u>

C. Debtor(s):    <u>Debtor 1 Appeared</u>          <u>Debtor 2 Appeared</u>

D. Attorney for Debtor(s):      <u>Appeared</u>

E. Creditor Appearance:    None

F. Amount Paid to the Trustee as of        7/10/2013   <u>$2,195.00</u>      First Payment Due Date:        <u>7/7/2013</u>

G. File Trustee's Motion to Dismiss because

H. B22C Information:        B22C Form is:      <u>Complete</u>

  Budgeted Income:    <u>$3,890.45</u>    Expense:    <u>$1,695.45</u>    Surplus:    <u>$2,195.00</u>

  Plan Payment:  <u>$2,195.00</u>  <u>Monthly</u>                              Plan Term(Months):    <u>59</u>

I. Value of Non-Exempt Property:        <u>$0.00</u>   Proposed Amount to Unsecured Creditors:        <u>$0.00</u>

  <u>    </u>   Objection to Exemption of:

  <u>    </u>   Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

  <u>    </u>   Object to Invoke Stay Pleading

  <u>    </u>   Case Converted from Chapter 7, Bar Date Set:    <u>10/8/2013</u>   Date Converted from Chapter 7:

J. Required Information:    <u>WW Directive</u>

K. Business Information:

L. Object to Confirmation:    <u>Yes</u>

  Petition fails to list Dyanne McCurry Thompson found on driver license
  Trustee requests $134,000 non-exempt property be acknowledged
  Failure to acknowledge an accurate non-exempt property figure
  Debt servicing travel trailer at detriment to unsecured creditors
  Failure to include all disposable income

M. Financial Management Class:    <u>Debtor 1 Appeared</u>        <u>Debtor 2 Appeared</u>

N. Eligibility:

  Certificate of Credit Counseling Filed:    <u>Both Debtor 1 and Debtor 2</u>

  Credit Counseling Provider Approved:                        <u>Yes</u>

  Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):        <u>No</u>

O. Domestic Support Obligation:        <u>$0.00</u>   Current:              Arrears:        <u>$0.00</u>

  Affidavit and Disclosure of Domestic Support Obligations Received:  <u>Yes</u>

P. Remarks:    MTD
          -WW Directive -- TRS is a valid source
       Questions
          -Petition fails to list Dyanne McCurry Thompson found on driver license
          -Trustee requests $134,000 non-exempt property be acknowledged
            -SOFA 10 states 82 acres valued at $164,000 was deeded to sons with $30,000 note.
       Deeded to them because they were tired of messing with it. The boys had a plan to use the acreage.
          -Failure to acknowledge an accurate non-exempt property figure
            -Plan is proposed 100% so no net effect from acknowledgment
       -Debt servicing travel trailer at detriment to unsecured creditors

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone      (806) 748-1956 Fax

-Failure to include all disposable income

Dated:      7/10/2013                                                    /s/ Walter O'Cheskey
                                                                         _____
                                                                         Standing Bankruptcy Trustee
                                                                         By:       Brent Hagan

| Case Number: | 13-10141 |
|---|---|
| Debtor: | Thompson |
| Attorney: | MJW |
| Presiding Officer: | Brent Hagan |
| Calculation Date: | 7/10/2013 8:27 |

| Domestic Support  Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Bank of the West | $8,447.66 | 6.00% | 18 | $491.92 | $8,854.59 |
| Toyota | $19,701.41 | 6.00% | 18 | $1,147.25 | $20,650.45 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees        Paid Through the Plan | $3,176.00 | | | | $3,176.00 |
|---|---|---|---|---|---|
| Noticing Fees | $99.84 | | | | $99.84 |
| Clerk Filing Fees | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | |
|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | | |
|    Less Trustee Fees | $0.00 | | | |
|    Less Attorney Fees | $3,176.00 | | | |
|    Less Noticing Fees | $99.84 | Greater Of --------> | | $0.00 |
|    Less Clerk Filing Fees | $0.00 | | | |
|    Less Scheduled Priority Claims | $0.00 | | | |
|    Less Other (Explain Below) | $0.00 | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $83,162.69 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $36,412.11 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $129,505.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $93,092.89 |

**Comments:**