Walter O'Cheskey  
Standing Chapter 13 Trustee  
6308 Iola Avenue  
Lubbock, TX 79424  
(806)748-1980 Office  
(806)748-1956

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:  
DOUG DUNHAM THOMPSON  
MARY DYANNE THOMPSON  
DEBTOR(S)

CASE NO. 13-10141 - RLJ -13

Hearing Date: 7/29/2013  
Hearing Time: 11:00 AM

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW WALTER O'CHESKEY, Standing Chapter 13 Trustee (hereinafter referred to as Trustee), and files this Objection to Confirmation in opposition to confirmation of Debtors' Chapter 13 Plan and Motion for Valuation filed herein by the above debtor(s), and would respectfully show the Bankruptcy court:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on 6/7/2013.

2. Debtor(s) are below median income per 11 U.S.C. Sec. 1325 (b)(4).

3. Trustee alleges the Debtors' Plan proposes to retain and debt service a 2000 travel trailer. Trustee alleges the travel trailer is not requred for success of the Plan.

4. Trustee is unable to verify all available monthly disposable income is being committed to the plan and objects to confirmation in accordance with 11 U.S.C. 1325 (b)(1)(B).

5. Trustee alleges the Debtors' Plan fails to acknowledge $134,000 equity in non-exempt property and objects to confirmation in accordance with 11 U.S.C. 1325 (a)(4).

WHEREFORE, the Trustee prays that the Bankruptcy Court deny Confirmation of the Debtor(s) Chapter 13 Plan and Motion for Valuation and for such other relief to which this bankruptcy estate may be justly entitled.

Date: 7/19/2013

Respectfully submitted,  
/s/ Walter O'Cheskey  
6308 Iola Avenue  
Lubbock, TX 79424

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's Objection to Confirmation was this date served on the following parties at the addresses listed below by electronic service or by U.S. First Class Mail:

Debtor(s) Attorney
MONTE J WHITE & ASSOCIATES PC
ATTORNEY AT LAW ABILENE
402 CYPRESS SUITE 310
ABILENE		TX	79601-0000

Debtor(s)
DOUG DUNHAM THOMPSON
MARY DYANNE THOMPSON
6301 FM 2526

CARBON		TX	76435

Date:  7/19/2013

/s/ Walter O'Cheskey
Office of the Standing Trustee

DOUG DUNHAM THOMPSON
MARY DYANNE THOMPSON
6301 FM 2526
CARBON		TX	76435